IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CIVIL ACTION NO. 4:07CR25-GHD-EMB

TERRY WALLER

### ORDER

**BEFORE THE COURT** are Defendant's Supplemental Motion for Disclosure of Identity of Witness [doc. 44] and the government's Response [doc. 49]. Having duly considered the submissions of the parties and the applicable law, the Court is of the opinion that Defendant's Motion should be denied.

Defendant seeks disclosure of the names of informants and witnesses who were only slightly involved in the case. And, as the government points out, Defendant has failed to indicate what defense he seeks to put forth and how the requested information will support it. On this record, the government's interest in nondisclosure of any informant's identity outweighs the interest asserted by defendant. Furthermore, as regards the identities of witnesses in general, the *Federal Rules of Criminal Procedure* do not provide any method for disclosure of witness identities prior to trial. Accordingly, the instant Motion is hereby **DENIED.**

**SO ORDERED** this 27th day of November, 2007.

/s/ Eugene M. Bogen
U. S. Magistrate Judge